# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
           )    No. 72418-5-I
       Respondent, )
           )    DIVISION ONE
   v. )
           )
SHAWN L. SCHULZE, )    UNPUBLISHED OPINION
           )
       Appellant. )    FILED:    JUN 1 5 2015
_____ )

PER CURIAM — Shawn Schulze appeals the sentence imposed following his guilty pleas to 21 counts of first degree identity theft, two counts of attempted first degree identity theft, and two counts of second degree identity theft. He contends, and the State concedes, that his sentence on the attempted first degree identity theft convictions exceeds the statutory maximum sentence and must be reduced to 60 months without community custody. RCW 9A.28.020(3)(c); RCW 9.94A.411(2); In re Postsentence Review of Leach, 161 Wn.2d 180, 163 P.3d 782 (2007). Schulze also contends, and the State again concedes, that his total sentence on the Second Degree Identity Theft counts exceeds the statutory maximum and must be remanded for imposition of a sentence within the statutory maximum and consistent with State v. Boyd, 174 Wn.2d 470, 275 P.3d 321 (2012. We accept the concessions of error and remand for further proceedings consistent with this opinion.

FOR THE COURT:

Cox, J.

Spearman

Leach, J.